UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| STACY L. CHILDRESS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 14-CV-2297 |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

### ORDER

On November 30, 2015, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#14) in the above cause. Judge Bernthal recommended denying Plaintiff's Motion for Summary Judgment (#9) and granting Defendant's Motion for Summary Judgment (#13). On December 11, 2015, Plaintiff filed Objections to the Report and Recommendation (#15).[1] On December 21, 2015, Defendant filed a Response to Plaintiff's Objections (#16).

This court has carefully reviewed Judge Bernthal's thorough and well-reasoned recommendation, Plaintiff's Objections, and Defendant's Response. Following this court's careful de novo review, this court agrees with Judge Bernthal's recommendations.

---

[1] This court notes that the Objections erroneously refer to Plaintiff as "Ms. Childress." The record shows that Plaintiff is actually male and was properly referred to as "Mr. Childress" and "he" in the decision of the Administrative Law Judge and in Judge Bernthal's Report and Recommendation.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#14) is accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#9) is DENIED.

(3)  Defendant's Motion for Summary Judgment (#13) is GRANTED.  The decision to deny benefits is affirmed.

(4) This case is terminated.

    ENTERED this  25th   day of      January         , 2016.

s/COLIN S. BRUCE<br>
U.S. DISTRICT JUDGE